# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEATHER POWER, : | CIVIL ACTION NO. |
|     Plaintiff, : | 3:23-cv-01540 (KAD) |
| : | |
| v. : | |
| : | |
| SMITH HOUSE OPERATING, LLC, d/b/a : | |
| THE VILLA AT STAMFORD : | |
| : | |
| and : | |
| : | |
| TENDER TOUCH REHAB SERVICES, : | |
| LLC, : | |
|     Defendants. : | DECEMBER 19, 2023 |

## **DEFENDANT SMITH HOUSE OPERATING, LLC'S MOTION TO DISMISS**

Pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure and Rule 7(a) of the Local Rules of this Court, Defendant Smith House Operating, LLC, d/b/a The Villa at Stamford ("The Villa"), by and through its attorneys, Jackson Lewis P.C., respectfully submits this motion to dismiss the Complaint filed by Plaintiff Heather Power ("Plaintiff") with respect to it.  The allegations of the Complaint both demonstrate that The Villa is not the employer of Plaintiff and fail to support a finding that The Villa was a joint employer of Plaintiff.  Therefore, and as set forth in further detail in the accompanying memorandum of law in support of this motion, the Complaint should be dismissed with respect The Villa.

                **DEFENDANT,**
                **SMITH HOUSE OPERATING, LLC, d/b/a**
                **THE VILLA AT STAMFORD**

By:    */s/ John Shea, Jr.*
         John Shea, Jr. (ct17433)
         John.Shea@jacksonlewis.com
         Adam J. Lyke (ct30487)
         Adam.Lyke@jacksonlewis.com
         Jackson Lewis P.C.
         90 State House Square, 8th Floor
         Hartford, CT  06103
         Tel. (860) 522-0404
         Fax (860) 247-1330

## CERTIFICATION OF SERVICE

    I hereby certify that on December 19, 2023 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                 */s/ Adam J. Lyke*
                 Adam J. Lyke